## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Leah Lang,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Pinnacle Financial Group,<br><br>　　　　Defendant. | Court File No. 08-CV-0001 (PAM/RLE)<br><br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

## <u>ORDER</u>

Based upon the stipulation of counsel, and all files, records and proceedings herein, **IT IS HEREBY ORDERED** that the above-captioned action shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and a judgment of dismissal with prejudice may be entered accordingly.

**BY THE COURT:**

Dated: December  10 , 2008.

s/Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Court Judge